

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00259-CV

Herman Dwayne **EVERETT**,
Appellant

v.

Dyna Graciela **ARREOLA**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 27559
Honorable Robert Cadena, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Dyna Graciela Arreola, recover her costs of this appeal from appellant, Herman Dwayne Everett.

SIGNED April 29, 2015.

_____
Karen Angelini, Justice

---

[1] The Honorable Carl Pendergrass presided over the bench trial. The Honorable Robert Cadena signed the judgment.